IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:04CR142 |
| | ) | |
| V. | ) | |
| | ) | |
| MARSHALL T. BOX, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that oral argument on the defendant's motion to reduce sentence under 2011 Crack Cocaine guideline amendment (filing 120) is scheduled on Wednesday, January 18, 2012, at 1:30 p.m., before the undersigned United States district judge, in a 5th Floor courtroom, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska. The defendant need not be present for the hearing.

DATED this 30th day of November, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge